**UNITED STATES OF AMERICA
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | **CAUSE NO. 4:10-cv-01237** |
| | § | |
| **$19,800.00 in U.S. CURRENCY** | § | |
| **Defendant** | § | |

## CLAIMANT'S ORIGINAL ANSWER

COMES NOW Claimant, Ravindra Bharamaraddi (Bharamaraddi), with this, his Original Answer to the Verified Complaint for Forfeiture in Rem (Complaint), and would show the following:

*Nature of the Action*

1.    Bharamaraddi admits the allegations contained in Paragraph 1 of the Complaint.

*Defendant in Rem*

2.    Bharamaraddi admits the allegations contained in Paragraph 2 of the Complaint.

*Jurisdiction and Venue*

3.    Bharamaraddi does not contest the jurisdiction and venue of this Court, as alleged in Paragraphs 3-4 of the Complaint.

*Basis for Forfeiture*

4.    Bharamaraddi can neither admit nor deny the allegations contained in Paragraph 5 of the Complaint, which relate to forfeiture law, for lack of information to justify belief.

*Facts*

5.    Bharamaraddi admits the allegation contained in Paragraph 6 of the Complaint that he arrived into the United States from London, United Kingdom, at Bush Intercontinental

Airport, Houston, Texas, however, he cannot recall whether he arrived on British Airways flight No. 197.  Bharamaraddi admits stating to a United States Customs and Border Protection Officer that he was carrying US $7,000.00 in currency.  He also admits that he did not disclose on the Declarations Form that he was carrying more than US $10,000.00.

6.      Bharamaraddi admits the allegations contained in Paragraphs 7-8 of the Complaint.

*Relief Requested*

7.      Bharamaraddi denies the request for relief contained in Paragraph 9 of the Complaint.

Respectfully submitted,

HILDER & ASSOCIATES, P.C.

*/s/ Philip H. Hilder*
Philip H. Hilder
Tex. Bar No. 09620050
Scott L. Mullins
Tex. Bar No. 24060308
819 Lovett Blvd.
Houston, TX  77006-3905
(713) 655-9111
(713) 655-9112 (fax)

ATTORNEYS FOR CLAIMANT

**CERTIFICATE OF SERVICE**

I certify that this Original Answer was served on Albert Ratliff, Assistant United States Attorney via ECF on May 5, 2010.

*/s/ Scott L. Mullins*
Scott L. Mullins