UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:10-CV-01237 |
| | § | |
| $19,800.00 IN U.S. CURRENCY | § | |
| Defendant, | § | |

## AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

The agreed United States' motion for a final judgment of forfeiture is granted. The Court finds that there was reasonable cause for the seizure of Defendant in rem $19,800.00 under 28 U.S.C. §2465(a)(2). It is ORDERED that:

1.    $9,900 of Defendant in rem is forfeited to the United States. The United States Department of Homeland Security shall dispose of these funds;

2.    The United States Department of Homeland Security shall return to Ravindra Bharamaraddi, Claimant, $9,900 of Defendant in rem (less any debt owed to the United States, any agency of the United States, or any other debt in which the United States is authorized to collect) by sending a check payable to Ravindra Bharamaraddi and Philip H.

Hilder, c/o Philip H. Hilder, Hilder & Associates, P.C., 819 Lovett

Blvd., Houston, Texas 77006-3905;

3. The Claimant will hold the United States, including its employees,

agents, and assignees, harmless for any damages or causes of action

relating to this action;

4. All parties will bear their costs including attorneys' fees; and

5. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on   June   22   , 2010

_____
Ewing Werlein, Jr.
United States District Judge

Agreed as to form and substance:

_____
Ravindra Bharamaraddi, Claimant

_____
Philip H. Hilder, Attorney for Claimant

s/ Albert Ratliff
Albert Ratliff, Assistant U.S. Attorney